## MEDLOCK v. STATE.
### No. 23051.

Court of Criminal Appeals of Texas.
Jan. 31, 1945.

H. L. Kidd, of Mexia, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for an assault with intent to rob; punishment assessed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment properly charges the offense. Nothing is presented for review.

The judgment is affirmed.